# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KEVIN WIMBLEY                                                              PLAINTIFF

V.                          NO. 5:17CV00324 SWW/PSH

SOCIAL SECURITY ADMINISTRATION                            DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Kevin Wimbley's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 29th day of October, 2018.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE